FILE COPY



FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/27/2017 3:41:53 PM
PAM ESTES
Clerk

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
KATHRYN LANAN

November 7, 2017

Ms. Janice Staples
Anderson County
500 N. Church Street
Room 18
Palestine, TX 75801
\* DELIVERED VIA E-MAIL \*

**RE:** Case Number: 12-16-00150-CR
Trial Court Case Number: 369CR15-32291

**Style:** Brandon De-Shaun Howard
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C Ms. Allyson A. Mitchell (DELIVERED VIA E-MAIL)
C Brandon De-Shaun Howard
: Mr. William M. House Jr. (DELIVERED VIA E-MAIL)

Mandate executed on _8th_ day of _November_, 2017.

Brief explanation of action taken: _filed in the papers of the cause_

_Janice S. Staples_ _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us